236 So.2d 500

**STATE of Louisiana**

**v.**

**Ferrel BRIGNAC.**

**No. 50648.**

June 26, 1970.

Writ. refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

236 So.2d 500

**STATE of Louisiana**

**v.**

**Melvin SHAW.**

**No. 50665.**

June 26, 1970.

Writ refused. We find no error in the ruling complained of.

236 So.2d 500

**STATE of Louisiana ex rel. Otis GEORGE**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 50656.**

June 26, 1970.

Application not considered. See Rule XII of this Court.